■ ANITA ZABRISKIE, Appellant, v. GRACE CHURCH, HASTINGS-ON-HUDSON, Respondent.— In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Westchester County, dated October 26, 1959, dismissing her complaint after a jury trial. Judgment affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (November 10, 1960)

■ PENRHYN ASTON, Respondent, v. CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RAILROAD COMPANY, Appellant.— Motion by appellant for a stay granted, on condition that appellant perfect the appeal and be ready to argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before November 17, 1960. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ ROSE PEARLSON et al., Respondents, v. ETHEL JAVITZ, Appellant.— Motion by respondents made on calendar call to dismiss appeal denied, on condition that appellant be ready to argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. Appellant's brief is directed to be served and filed on or before November 17, 1960. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ EUGENIA WEGORZEWSKI, Respondent, et al., Plaintiff, v. DE MATTIA MACHINE & TOOL COMPANY, INC., Defendant-Appellant and Third-Party-Plaintiff-Appellant. R. C. MOLDING, INC., Third-Party-Defendant-Respondent.— Motion by respondent made on calendar call to dismiss appeal denied, on condition that appellant be ready to argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

## (November 14, 1960)

■ (A) CAMP RAMAQUOIS, INC., Respondent, v. MEL GREENE, Defendant, and SYD GREENE, Appellant. (B) SARAH GOLD et al., Appellants, v. HARVEY GOLDRING et al., Respondents, et al., Defendant. (C) SYLVIA HOLLAND, Respondent, v. NORMAN HOLLAND, Appellant. (D) In the Matter of SALVATORE LO PICCOLO et al., Appellants, v. JOHN J. McCLOSKEY, as Sheriff of the City of New York, Kings County Division, et al., Respondents. (E) ABNER J. NAGIN, Appellant, v. MORTIMER OSMANSKY, Respondent. (F) RACHEL PARISI et al., Appellants, v. INCORPORATED VILLAGE OF VALLEY STREAM, Respondent.— [In each action] On call of the calendar, there being no appearance by appellant[s] and no record having been filed, on the court's own motion the appeal is dismissed, without costs. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.